UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDIN ADGUSTO CHACON,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>DEPUTY CASAS,<br><br>　　　　　Defendant. | Case No. CV 17-6573 JAK(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Civil Rights Complaint, all documents submitted by plaintiff and defendant in connection with the Motion for Summary Judgment ("Motion") filed by defendant Deputy Casas in his individual capacity (including defendant's evidentiary objections), and all of the records in the case including the January 2, 2019 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"),[1] plaintiff's objections to the Report and Recommendation ("Objections"), and defendant's

///

---

[1] The sentence on page 41, lines 16-18 of the Report and Recommendation is corrected to read: "Summary judgment may not be denied simply because ambiguities in a plaintiff's own evidence need to be resolved."

Reply to the Objections.  The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. [2]

The Objections largely reassert mostly the same arguments plaintiff previously raised, and which the Report and Recommendation properly concludes have no merit.  Accordingly, the Court overrules the Objections, and agrees with, approves, accepts and adopts the Report and Recommendation.

IT IS FURTHER ORDERED THAT:  (1) this action is dismissed without prejudice as against defendant Deputy Casas in his official capacity; (2) defendant's evidentiary objections are overruled; (3) the Motion is granted and summary judgment is granted in favor of defendant Deputy Casas in his individual capacity and against plaintiff; (4) the Clerk shall enter Judgment accordingly; and (5) the Clerk shall serve copies of this Order and the Judgment herein on plaintiff and counsel for defendant.

IT IS SO ORDERED.

DATED: March 6, 2019

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

---

[2] The Court declines to consider the new arguments and evidence plaintiff presents for the first time in the Objections.  See United States v. Howell, 231 F.3d 615, 621 (9th Cir. 2000), cert. denied, 534 U.S. 831 (2001).