JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDIN ADGUSTO CHACON,<br><br>                 Plaintiff,<br><br>      v.<br><br>DEPUTY CASAS,<br><br>                 Defendant. | Case No. CV 17-6573 JAK(JC)<br><br>JUDGMENT |

     Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice as against defendant Deputy Casas in his official capacity and summary judgment is granted in favor of defendant Deputy Casas in his individual capacity and against plaintiff.

     IT IS SO ADJUDGED.

     DATED: March 6, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE